ABRAHAM POTASH, RELATOR, v. JOHN G. SCOTT, BUILD-ING INSPECTOR OF THE CITY OF EAST ORANGE, AND THE CITY OF EAST ORANGE, RESPONDENTS.

Decided November 24, 1926.

**Zoning—Case Within the Rule of Ignaciunas—Peremptory Writ Allowed.**

On writ of *mandamus*.

Before GUMMERE, CHIEF JUSTICE, and Justices TRENCHARD and MINTURN.

For the relator, *Milton J. Finkelstein* and *Philip J. Schotland*.

For the respondents, *Walter E. Ellis*.

PER CURIAM.

The application is for a peremptory writ of *mandamus* to compel the building inspector of East Orange to issue a building permit to the relator, as owner of certain lands in that city. The facts are not substantially variant from the

situations presented in cases decided by this court and the Court of Errors and Appeals, like *State* v. *Nutley*, 99 *N. J. L.* 389, where the legal right of the relator to the relief asked was recognized.

For the same reason a peremptory writ of *mandamus* will be ordered in this case.